IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ABSOLUTE ARCHITECTURE, P.C., )
an Illinois corporation, )
individually and on behalf of )
all others similarly situated, )
)
        Plaintiff, )
)
   v. ) No. 13 C 7840
)
GRANITE MAX, INC., an Illinois )
corporation, and VITO GUARINO, )
individually )
)
        Defendants. )

MEMORANDUM ORDER

    On December 26, 2013 putative class action plaintiff Absolute Architecture, P.C. ("Absolute") submitted its First Amended Motion for Class Certification (both that motion (Dkt. 12) and Absolute's First Amended Class Action Complaint (Dkt. 11) had been filed on December 23). Because the Dkt. 11 class certification motion supplanted the original such motion (Dkt. 4), the latter motion is denied as moot.

    Neither this Court's notes on the December 26th hearing nor the docket, both of which reflect that newly-filed Dkt. 12 was entered and continued to February 12, 2014 at 9 a.m., reflects any action as having been taken on Absolute's motion for a default judgment as to defendant Granite Max, Inc. (Dkt. 8), which had been filed on December 2. Accordingly Absolute's counsel are ordered to bring that matter on for consideration on

or before January 15, 2014, failing which Dkt. 8 will be treated as having been withdrawn without prejudice.

                                                                        _____
                                                                         Milton I. Shadur
                                                                         Senior United States District Judge

Dated: **January 9, 2014**